```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| HUB INTERNATIONAL PERSONAL INSURANCE LIMITED, | CIVIL ACTION NO. 05-6013 (MLC) |
|  | **MEMORANDUM OPINION** |
| Plaintiff, |  |
| v. |  |
| MICHAEL J. CARMODY, et al., |  |
| Defendants. |  |

**THE PARTIES** advising the Chambers of the Magistrate Judge that they have settled the dispute herein; and thus the Court intending to (1) deny without prejudice the defendants' pending motion to either (a) dismiss the complaint for lack of jurisdiction, or (b) transfer the action to a different venue (dkt. entry no. 3), and (2) dismiss the complaint (a) without costs, and (b) without prejudice to reopen the action on good cause shown within 60 days if the settlement is not consummated; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                            s/ Mary L. Cooper
                                           **MARY L. COOPER**
                                           United States District Judge